PCM11.13.21
AM USAO 2021R00580

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.** _GLR 21 cr 457_ |
| **v.** | * | |
| | * | |
| **MALCOLM GOODS,** | * | **(Possession of a Firearm and** |
| | * | **Ammunition by a Prohibited Person,** |
| **Defendant** | * | **18 U.S.C. § 922(g)(1); Forfeiture, 18** |
| | * | **U.S.C. § 924(d), 28 U.S.C. § 2461(c))** |
| | * | |

*******

### INDICTMENT

### COUNT ONE
### (Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about September 12, 2021, in the District of Maryland, the defendant,

### MALCOLM GOODS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm and ammunition, to wit, a Smith & Wesson,

SW40F .40 caliber pistol with an obliterated serial number; and fifteen rounds of .40 caliber

ammunition; and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1.      All allegations set forth in Count One are hereby incorporated by reference.

2.      Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance 28 U.S.C. § 2461(c) and other statutes cited herein in the event of the defendant's conviction(s).

### Firearms and Ammunition Forfeiture

3.      Pursuant to 18 U.S.C. § 924(d), upon conviction of Count One, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense(s).

### Property Subject to Forfeiture

4.      The property to be forfeited includes, but is not limited to, the following:

   a.   a Smith & Wesson, SW40F .40 caliber pistol with an obliterated serial number; and

   b.   fifteen rounds of .40 caliber ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Erek L. Barron / amm
Erek L. Barron
United States Attorney

A TRUE BILL:
REDACTED

11/18/2021

Foreperson                                    Date

2