FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2021 DEC -8  PM 4: 43

CLERK'S OFFICE
AT BALTIMORE

UNITED STATES OF AMERICA

           *

     vs.                            Case No.  **21-cr-00457-GLR-1**

    **Malcolm Goods**

                 *

              ******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

_____Ned Smock (AFPD)_____, and the Government was represented by

Assistant United States Attorney _____Annie McGuire_____, it is

**ORDERED,** this __8th____ day of _December_, __2021___, that the above-named

defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice

to either side requesting a prompt hearing to set appropriate conditions of release or otherwise

address the detention of the defendant.

_____

_Thomas M. DiGirolamo_
_____

Thomas M. DiGirolamo
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement