

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

---

*Annie M. McGuire*  
*Special Assistant United States Attorney*  
*Annie.McGuire@usdoj.gov*

*36 S. Charles Street*  
*Suite 400*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4863*  
*MAIN: 410-209-4800*  
*FAX: 410-962-3124*

**via CM/ECF**  
Hon. George L. Russell, III  
United States District Judge  
United States Courthouse  
101 W. Lombard Street  
Baltimore, Maryland 21201

June 2, 2022

   **Re:**  *United States v. Malcolm Goods*  
      **Crim. No. GLR-21-0457**

Dear Judge Russell:

  Pursuant to the Court's April 1, 2022 order, the parties submit the following status report. By way of background, on November 18, 2021, a grand jury returned an indictment charging the Defendant with felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g). On December 8, 2021, the Defendant had his initial appearance and consented to detention.

  On March 18, 2022, new counsel from the Federal Public Defender's Office entered their appearance on behalf of the Defendant. Counsel is continuing to review discovery previously produced to the Defendant, and the parties plan to discuss a potential resolution. Accordingly, at this juncture, the parties do not yet know whether the case will resolve short of trial. The parties respectfully request that the parties be permitted to submit an updated status report in 60 days in order to give defense counsel time to review discovery and an opportunity to speak with the Defendant, and possibly discuss a resolution of the case. At this time, a trial schedule should not be set.

            Very truly yours,

            Erek L. Barron  
            United States Attorney

            *Annie M. McGuire*

            Annie M. McGuire  
            Special Assistant United States Attorney