

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Brandon Moore*　　　　　　　　　　　　　　*Suite 400*　　　　　　　　　　　DIRECT: 410-209-4826
*Assistant United States Attorney*　　　　　　*36 S. Charles Street*　　　　　　　MAIN: 410-209-4800
*Brandon.Moore@usdoj.gov*　　　　　　　　*Baltimore, MD 21201-3119*　　　　　FAX: 410-962-0717

August 5, 2022

Hon. George L. Russell, III
United States District Judge
101 W. Lombard Street
Baltimore, Maryland 21201

　　　　　Re:　United States v. Malcolm Goods
　　　　　　　Criminal No. GLR-21-0457

Dear Judge Russell:

　　I write to update the Court on the status of this case. On March 18, 2022, new counsel entered their appearance on behalf of the Defendant, replacing the previous counsel who recently left the Federal Public Defender's Office. Then, on May 20, 2022, I entered my appearance on behalf of the Government, replacing the previous counsel who recently left this office.

　　Since then, the Government has been responding to the Defendant's discovery requests, and the parties have had substantive discussions about a possible resolution. At this point, the Government is hopeful that the case will resolve without the need for trial. The Government respectfully requests that the parties be permitted to submit an updated status report in 60 days. This period will allow the parties to continue their plea discussions.

　　I will confer with defense counsel about tolling the Speedy Trial Clock through the due date of the next status letter.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　Erek L. Barron
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Brandon Moore
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

cc:　All counsel of record via CM/ECF