

PCM9.8.22
BKM USAO 2021R00580

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GLR-21-0457** |
| | * | |
| **MALCOLM GOODS,** | * | (Possession of a Firearm in a School |
| | * | Zone, 18 U.S.C. § 922(q)(2); |
| **Defendant.** | * | Forfeiture, 18 U.S.C. § 924(d), |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

*******

## SUPERSEDING INFORMATION

### COUNT ONE
### (Possession of a Firearm in a School Zone)

The United States Attorney for the District of Maryland charges that:

On or about September 12, 2021, in the District of Maryland, the defendant,

**MALCOLM GOODS,**

did knowingly possess a firearm, that is, a Smith & Wesson, SW40F .40 caliber pistol with an obliterated serial number, that had moved in and affected interstate commerce, within a distance of 1,000 feet of the grounds of Sandtown-Winchester Achievement Academy, a place that he knew and had reasonable cause to believe was a school zone.

18 U.S.C. § 922(q)(2)

## FORFEITURE

The United States Attorney for the District of Maryland further finds that:

1. All allegations set forth in Count One are hereby incorporated by reference.

2. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance 28 U.S.C. § 2461(c) and other statutes cited herein in the event of the defendant's conviction(s).

### Firearms and Ammunition Forfeiture

3. Pursuant to 18 U.S.C. § 924(d), upon conviction of Count One, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense(s).

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following:

   a. ~~a Smith & Wesson, SW40F .40 caliber pistol with an obliterated serial number;~~ and

   b. fifteen rounds of .40 caliber ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Erek L. Barron /Bes
Erek L. Barron
United States Attorney

Digitally signed by BRANDON MOORE
Date: 2022.10.21 09:56:52 -04'00'