AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. GLR-21-0457 |
| Malcolm Goods | ) |
| Defendant | ) |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:55 pm, Nov 10 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11-10-22

_____
Defendant's signature

_____
Signature of defendant's attorney

Francisco Carriedo, Esq.
Printed name of defendant's attorney

_____
Judge's signature

Hon. George L. Russell, III, U.S. District Judge
Judge's printed name and title